# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**NAPOLEON GRAY,**

    Plaintiff,

v.                                Civil Action No. 5:08-cv-279 (HL)

**KELLY R. BURKE,**
**Houston County District**
**Attorney, et al.**

    Defendants.

_____

## ORDER

Plaintiff, Napoleon Gray, has filed a Rule 59(e) motion (Doc. 10) asking the Court to reconsider its decision to dismiss his complaint, as set forth in its Order entered February 27, 2009. The Court has thoroughly reviewed the 101 pages submitted in support of the Motion to Reconsider but finds nothing that persuades the Court that its decision to dismiss was in error. Accordingly, the Motion to Reconsider is hereby denied.

**SO ORDERED**, this 10th day of March, 2009.

                                              *s/ Hugh Lawson*
                                              **HUGH LAWSON, JUDGE**

mls